B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Helena R Holsey                              ,          Case No.  18-14471-jkf

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust | Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corporation
 323 Fifth Street
 Eureka, CA 95501

Phone:  800-603-0836
Last Four Digits of Acct #:   9380

Court Claim # (if known):   15-2
Amount of Claim:   $257,765.40
Date Claim Filed:   12/07/2018

Phone:
Last Four Digits of Acct. #:   3752

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                            Date: 02/16/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.